1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   JINETRA BONNER, individually,    CIV. NO. 2:17-00936 WBS DB
     on behalf of herself and all
13   others similarly situated,       ORDER RE: MOTION TO DISMISS AND
                                       MOTION TO TRANSFER VENUE
14                Plaintiffs,

15        v.

16   TESORO REFINING & MARKETING
     COMPANY LLC; a Delaware
17   Limited Liability Company;
     and DOES 1 through 100,
18   inclusive,

19                Defendants.

20
                           ----oo0oo----
21

22        Plaintiff Jinetra Bonner brought this putative class

23   action against defendant Tesoro Refining & Marketing Company LLC,

24   alleging state and federal employment law violations.  Before the

25   court is defendant's Motion to dismiss and plaintiff's Motion to

26   transfer venue to the United States District Court for the

27   Northern District of California.  (Docket Nos. 4, 6.)  Defendant

28   filed a statement of non-opposition to plaintiff's Motion to

                                  1

1 │ transfer and consented to plaintiff's request to have the case

2 │ transferred to the Northern District of California. (Docket No.

3 │ 10.) The court signed a stipulated dismissal of some of

4 │ plaintiff's claims on June 28, 2017. (Docket No. 12.)

5 │      "For the convenience of parties and witnesses, a district

6 │ court may transfer any civil action . . . to any district or

7 │ division to which all parties have consented." 28 U.S.C. §

8 │ 1404(a). All parties consent to transfer this action and

9 │ represent that the Northern District will be more convenient

10 │ because the parties, witnesses, and evidence are in the Northern

11 │ District, and because a related action was filed first in the

12 │ Northern District. See Azpeitia v. Tesoro Refining & Marketing

13 │ Co. LLC, Case No. 3:17-cv-123-JST (N.D. Cal.).

14 │      IT IS THEREFORE ORDERED that plaintiff's Motion to

15 │ transfer venue to the Northern District of California (Docket No.

16 │ 6) be, and the same hereby is, GRANTED.

17 │      IT IS FURTHER ORDERED that defendant's Motion to

18 │ dismiss (Docket No. 4) be, and the same hereby is, DENIED AS

19 │ MOOT.

20 │ Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE